SCANNED at PENDLETON and Emailed on
2-21-23 by AT - 1 pages.
(date)   (initials)   (num)

FILED
02/21/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOWARD SMALLWOOD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:23-cv-00156-JPH-MPB |
| ) | |
| DAUSS, et al ) | |
|     Defendant(s) ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE
## COMPLAINT CAUSE# 1:23-cv-00156-JPH-MPB

I am filing this Motion to Dismiss Without Prejudice due to I am currently seeking Legal representation. I respectfully request this Court to honor this request and Motion.

Respectfully,

*Howard Smallwood*
Howard Smallwood